UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DIANE IRONS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:11-CV-1894-B |
| § | |
| CITY OF DALLAS and § | |
| LATASHA MOORE, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

Before the Court are the Magistrate Judge's Findings, Conclusions, and Recommendations on Defendants' Renewed Motion to Dismiss Plaintiffs' State Common Law Tort Claims Against Defendant Latasha Moore (doc. 45) and Defendants' Second Motion to Dismiss Plaintiffs' Federal Claims Pursuant to Rule 12(b)(6) (doc. 46). Plaintiff has failed to object to the Magistrate Judge's findings and recommendations within ten days as proscribed by FED. R. CIV. P. 72(b)(2). In the absence of objections, the Court reviews the Magistrate Judge's finding and recommendations for clear error. FED. R. CIV. P. 72(b)(3), Advisory Committee Notes, 1983 addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation").

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the Findings, Conclusions, and Recommendations are correct and free of clear error. It is therefore **ORDERED** that the Findings, Conclusions and Recommendation of the United States Magistrate Judge (docs. 45, 46) are **ADOPTED**.

Accordingly, Plaintiff's state law tort claims against Defendant Latasha Moore and Plaintiff's federal 28 U.S.C. § 1983 claim against Defendant City of Dallas, are hereby **DISMISSED**. Plaintiff's state law negligence claim against Defendant City of Dallas, however, remains pending before the Court.

**SO ORDERED.**

**Signed June 4, 2012**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE